FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 29, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH DAVID MELTON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>USPTO (Core Hurst Administration), LEXISNEXIS (Chief Legal Officer) and GOOGLE CHROME EXTENSIONS (Administration Adopted Cellur Third Party),<br><br>　　　　Defendants. | No. 2:24-CV-00054-SAB<br><br>**ORDER OF DISMISSAL** |

　　Before the Court is Plaintiff Kenneth David Melton's *pro se* Motion to Voluntarily Dismiss Complaint, ECF No. 12. Plaintiff, a prisoner at the Monroe Correctional Complex is proceeding *in forma pauperis*. Defendants have not been served in this action.

　　Accordingly, **IT IS HEREBY ORDERED**:

　　1.　Plaintiff's Motion to Voluntarily Dismiss Complaint, **ECF No. 12**, is **GRANTED**.

//

ORDER OF DISMISSAL -- 1

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE,** pursuant to Fed. R. Civ. P. 41(a).

3. Although granted the opportunity to do so, Plaintiff did not file a separate Motion and Affidavit to waive the remaining balance of the filing fee as directed. Therefore, Plaintiff is still obligated to pay the full filing fee for this action pursuant to 28 U.S.C. § 1915(b).

3. The Court certifies that any appeal of this dismissal would not be taken in good faith.

4. The Clerk of Court is directed to **CLOSE** the file.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, enter judgment of dismissal without prejudice, and provide a copy to Plaintiff.

**DATED** this 29th day of April 2024.



_____
Stanley A. Bastian
Chief United States District Judge

ORDER OF DISMISSAL -- 2