AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 29, 2024**

SEAN F. McAVOY, CLERK

KENNETH DAVID MELTON,

*Plaintiff*

v.

USPTO (Core Hurst Administration), LEXISNEXIS (Chief Legal Officer) and GOOGLE CHROME EXTENSIONS (Administration Adopted Cellur Third Party),

*Defendant*

Civil Action No.  2:24-cv-00054-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 12, is GRANTED. Pursuant to the Order filed at ECF No. 14, plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE, pursuant to Fed. R. Civ. P. 41(a).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on Plaintiffs' Motion to Voluntarily Dismiss Complaint.

Date: 4/29/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*

Ruby Mendoza